1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  ANN MARIE URSINI (CABN 269131)
   Special Assistant United States Attorney
5      150 South Almaden Boulevard, Suite 900
       San Jose, California 95113
6      Telephone: (408) 535-5037
       Facsimile: (408) 535-5066
7      annmarie.ursini@usdoj.gov

8  Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.  CR 12-000613 DLJ |
| Plaintiff, ) | STIPULATION AND [] |
| ) | ORDER CONTINUING HEARING TO |
| v. ) | December 6, 2012 AND EXCLUDING |
| ) | TIME FROM November 1, 2012 TO |
| DESTINY BETTS, ) | December 6, 2012 FROM THE SPEEDY |
| ) | TRIAL ACT CALCULATION |
| Defendant. ) | |

The Parties, DESTINY BETTS and the United States, acting through respective counsel, hereby stipulate, subject to the Court's approval, that the hearing currently set for November 1, 2012 be vacated, and that the hearing be re-set for December 6, 2012 at 1:30 pm. The parties are requesting the continuance of the hearing to the above date given that government counsel will be out of state on November 1. Additionally, government counsel recently provided defendant with significant discovery the defense counsel requires additional time to review.

The parties stipulate that the time between November 1, 2012 and December 6, 2012 is excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Finally, the parties agree

1

that the ends of justice served by granting the requested continuance outweigh the best interest of the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: October 29, 2012          MELINDA HAAG
                                  United States Attorney


                                  ___/s/_____
                                  ANN MARIE E. URSINI
                                  Special Assistant United States Attorney


                                  ___/s/_____
                                  ROBERT CARLIN
                                  Attorney for Defendant

| | |
|---|---|
| 1 | **[] ORDER** |
| 2 | Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY |
| 3 | ORDERS that the hearing in this matter previously set for November 1, 2012 is vacated, and the |
| 4 | matter is continued to December 6, 2012 at 9:00 am. Further, the Court ORDERS that the time |
| 5 | between November 1, 2012 and December 6, 2012 is excluded under the Speedy Trial Act, 18 |
| 6 | U.S.C. §3161. The court finds that the failure to grant the requested continuance would |
| 7 | unreasonably deny defense counsel reasonable time necessary for effective preparation, taking |
| 8 | into account the exercise of due diligence. Furthermore, the Court finds that the ends of justice |
| 9 | served by granting the requested continuance outweigh the best interest of the public and the |
| 10 | defendant in a speedy trial and in the prompt disposition of criminal cases. The court therefore |
| 11 | concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and |
| 12 | (B)(iv). |

IT IS SO ORDERED.

DATED: FFÐÐFG

_____
THE HONORABLE D. LOWELL JENSEN
United States District Judge