| | |
|---|---|
| 1 | STEVEN G. KALAR |
| | Federal Public Defender |
| 2 | ROBERT CARLIN |
| | Assistant Federal Public Defender |
| 3 | 160 West Santa Clara Street, Suite 575 |
| | San Jose, CA 95113 |
| 4 | Telephone: (408) 291-7753 |
| 5 | Counsel for Defendant DESTINY JEAN BETTS |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 12-00613-DLJ |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE; [] ORDER |
| vs. | ) | |
| | ) | |
| DESTINY JEAN BETTS, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff United States of America, by and through Assistant United States Attorney Grant Fondo, and Defendant DESTINY JEAN BETTS ("Ms. Betts"), by and through her attorney of record, Assistant Federal Public Defender Robert Carlin, hereby stipulate that the status conference in this case should be continued from December 6, 2012, at 9:00 a.m., to February 14, 2012, at 9:00 a.m.

1. Ms. Betts has been charged in a four count indictment with violations of 21 U.S.C. §§ 846, 841 (a)(1), 963, 952, 960 (a)(1), and 18 U.S.C. § 2.

2. A status conference before this Honorable Court has been scheduled for December 6, 2012, at 9:00 a.m.

STIPULATION TO CONTINUE HEARING;
[] ORDER
NO. CR 12-00613-DLJ

1

1     3. Ms. Betts' case was reassigned to current counsel who needs additional time to review
2 the discovery materials, and to meet and to discuss the case with Ms. Betts.
3     4. Ms. Betts respectfully requests that the status hearing be continued as requested, and
4 agrees to the exclusion of time from December 6, 2012, at 9:00 a.m., to February 14, 2012, at
5 9:00 a.m. pursuant to 18 U.S.C. § 3161 (h)(7)(A).
6     5. Ms. Betts respectfully requests that the status hearing be continued as requested
7     6. Accordingly, the parties request that the status hearing be continued from December
8 6, 2012, at 9:00 a.m., to February 14, 2013, at 9:00 a.m.

IT IS SO STIPULATED.

                              Respectfully submitted,

                              STEVEN G. KALAR
                              Federal Public Defender

                              _____/s/_____
Dated: December 5, 2012         ROBERT M. CARLIN
                              Assistant Federal Public Defender


                              UNITED STATES ATTORNEY


Dated: December 5, 2012         ____/s/_____
                              GRANT FONDO
                              Assistant United States Attorney

STIPULATION TO CONTINUE HEARING;
[] ORDER
NO. CR 12-00613-DLJ

1 | STEVEN G. KALAR
Federal Public Defender
2 | ROBERT M. CARLIN
Assistant Federal Public Defender
3 | 160 West Santa Clara Street, Suite 575
San Jose, CA 95113
4 | Telephone: (408) 291-7753

5 | Counsel for DESTINY JEAN BETTS,

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA, ) No. CR 12-00613-DLJ
)
Plaintiff, ) [] ORDER ON STIPULATION
) TO CONTINUE STATUS CONFERENCE
vs. )
)
DESTINY JEAN BETTS,, )
)
Defendant. )

1. Ms. Betts has been charged in a four count indictment with violations of 21 U.S.C. §§ 846, 841 (a)(1), 963, 952, 960 (a)(1), and 18 U.S.C. § 2.

2. A status conference has been scheduled for December 6, 2012, at 9:00 a.m.

3. Ms. Betts' case was reassigned to current counsel who needs additional time to review the discovery materials, and to meet and to discuss the case with Ms. Betts.

4. The status hearing in this matter shall be continued from December 6, 2012, at 9:00 a.m., to February 14, 2013, at 9:00 a.m., and time shall be excluded pursuant to 18 U.S.C. § 3161 (h)(7)(A).

IT IS SO ORDERED.

Dated: _____     _____
                                HON. D. LOWELL JENSEN
                                United States District Judge

STIPULATION TO CONTINUE HEARING;
[] ORDER
NO. CR 12-00613-DLJ

3